JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JOSEPH D. ADDISON, III,              ) | |
|                        ) | |
|     Plaintiff,           ) | No. EDCV 15-1259 JVS (AJW) |
|                        ) | |
|     v.                ) | |
|                        ) | JUDGMENT |
| CALIFORNIA INSTITUTION FOR MEN, ) | |
| et al.,                 ) | |
|                        ) | |
|     Defendants.       ) | |

It is hereby adjudged that the action is dismissed with prejudice.

Dated: December 16, 2016

_____
James V. Selna
United States District Judge